UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 13 AM 9:33

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. **'07 MJ 2887** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| **Omar Arnoldo ROMERO-Cruz** ) | 1324(a)(2)(B)(iii)- |
| **AKA: Hector Luis GONZALEZ Jr.** ) | Bringing in Illegal Aliens |
| ) | Without Presentation (Felony) |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **December 12, 2007**, within the Southern District of California, defendant **Omar Arnoldo ROMERO-Cruz AKA: Hector Luis GONZALEZ Jr.**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Noemi CRUZ-Mancillas, Gabriela BAUTISTA-Perez and Raul OROZCO-Bolanos**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border
Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **13th** day of **December 2007**.

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

The complainant states that **Noemi CRUZ-Mancillas, Gabriela BAUTISTA-Perez** and **Raul OROZCO-Bolanos** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 12, 2007 at approximately 7:22 AM, **Omar Arnoldo ROMERO-Cruz AKA: Hector Luis GONZALEZ Jr. (Defendant)** applied for admission into the United States from Tijuana, Mexico at the San Ysidro, California Port of Entry through vehicle primary lane 20. Defendant was the driver and sole visible occupant of a gray 1993 Ford Aerostar Van. During pre-primary inspection with a Customs and Border Protection (CBP) Officer, Defendant presented a valid U.S. Passport with his photo and likeness bearing the name Hector Luis GONZALEZ Jr. Defendant declared he was not bringing anything back from Mexico and claimed ownership of the vehicle. Defendant claimed he owned the vehicle for a period of six months and presented a counterfeit vehicle registration. During a cursory inspection of the vehicle, another CBP Officer noticed a non-factory undercarriage compartment. Defendant was taken into custody and escorted to a secondary office for further investigation.

In secondary, an inspection of the vehicle revealed three people concealed inside the non-factory undercarriage compartment. The people extracted from the compartment were identified as **Noemi CRUZ-Mancillas (MW1), Gabriela BAUTISTA-Perez (MW2)** and **Raul OROZCO-Bolanos (MW3)**, Mexican citizens without proper documents to enter the United States.

Defendant was read his Miranda rights and elected to make a statement and answer questions without a lawyer present. Defendant admitted he was a Mexican citizen without legal documents to enter or reside in the United States. Defendant admitted he was smuggling undocumented aliens for financial gain. Defendant stated he was going to receive a sum of $2,000.00 USD for the smuggling act. Defendant stated he made the smuggling arrangements with a male named "Ivan" in Tijuana, Mexico. Defendant stated he was going to deliver the vehicle to a Carl's Jr. off of Dairy Mart Road.

Material Witnesses admitted being citizens of Mexico without legal rights to enter or reside in the United States. Material Witnesses stated they were going to pay between $3,000.00 USD and $4,500.00 USD to be smuggled into the United States. MW1 and MW2 stated they wanted to go to the United States to seek employment. MW3 stated he wanted to go to the United States to reunite with his family.