```
 1   KAREN P. HEWITT
     United States Attorney
 2   STEVEN DE SALVO
     Assistant U.S. Attorney
 3   California State Bar No. 199904
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-7032/(619) 235-2757 (Fax)
     Email: steven.desalvo@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3465-L |
| Plaintiff, ) | |
| ) | NOTICE OF APPEARANCE |
| v. ) | |
| OMAR ARNOLDO ROMERO-CRUZ, ) | |
| Defendant. ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

    Steven De Salvo

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>:

    None

Please call me if you have any questions about this notice.

DATED: March 25, 2008

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    s/Steven De Salvo

    _____
    STEVEN DE SALVO
    Assistant United States Attorney
    Attorneys for Plaintiff
    United States of America
    Email: steven.desalvo@usdoj.gov

NOTICE OF APPEARANCE

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3465-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| OMAR ARNOLDO ROMERO-CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Jodi D Thorp**
427 West C Street
Suite 300
San Diego, CA 92101
(619)233-3169
Fax: (619)684-3569
Email: jodithorp@thorplawoffice.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2008.

s/ Steven De Salvo
STEVEN DE SALVO

NOTICE OF APPEARANCE

3