**ORIGINAL**

1 JODI D. THORP
California Bar No. 223663
2 427 "C" Street Suite 300
San Diego, California 92101
3 Telephone: (619) 233-3169 ext. 14
jodithorp@thorplawoffice.com
4

5 Counsel for Mr. Romero-Cruz

**FILED**

MAR 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07cr3465-L |
| Plaintiff, ) | DATE: April 1, 2008 |
| ) | TIME: 8:30 A.M. |
| v. ) | |
| ) | MOTION FOR ORDER |
| OMAR ROMERO-CRUZ, ) | TO SHORTEN TIME |
| Defendant. ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in the attached *Sentencing Memorandum* from five (5) days to four (4) days, to be heard April 1, 2008, at 8:30 a.m. or as soon thereafter as counsel may be heard. Counsel sought to file the motions timely yesterday, but realized they should be filed in chambers with a request that they be filed under seal due to the sensitive nature of the information provided. A courtesy copy has been provided to chambers and the government.

Respectfully submitted,

/s/ _____

DATED: March 28, 2008

JODI THORP
Counsel for Mr. Romero-Cruz