**FILED**

MAR 2 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07cr3465-L |
| Plaintiff, ) | DATE: April 1, 2008 |
| ) | TIME: 8:30 A.M. |
| v. ) | |
| ) | ORDER |
| OMAR ROMERO-CRUZ, ) | TO SHORTEN TIME |
| Defendant. ) | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant's sentencing memorandum be shortened from five (5) days to four (4) days, to be heard April 1, 2008 at 8:30 a.m. or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: 3/28/08

_____
HONORABLE M. JAMES LORENZ
United States District Judge